IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NANCY MULLEN,

      Plaintiff,                           No. CIV S-11-2017 JAM EFB PS

     vs.

OFFICE OF PERSONNEL
MANAGEMENT, et al.,

      Defendants.                ORDER

      This action is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On March 14, 2012, plaintiff filed a copy of letters she sent to defense counsel and to a third party seeking discovery documents. Dckt. Nos. 25, 26. Plaintiff has also previously filed letters she sent to defense counsel in connection with this case. *See, e.g.,* Dckt. Nos. 10, 16, 21.

      Discovery requests and responses "shall not be filed unless and until there is a proceeding in which the [discovery] or proof of service is at issue. When required in a proceeding, only that part of the [discovery request and response] that is in issue shall be filed." E.D. Cal. L.R. 250.2-250.4; Fed. R. Civ. P. 26(a)(1). Nor shall plaintiff file copies of correspondence she has sent to defense counsel unless the correspondence relates to an issue or dispute properly before the court.

1

1       Accordingly, plaintiff is informed that docket numbers 10, 16, 21, 25, and 26 will be
2 disregarded, and plaintiff is directed to forego filing such documents in the future.
3       SO ORDERED.
4 DATED: March 16, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE